UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 8:21-cv-1621-KKM-JSS

APPROXIMATELY $1,899,663.50
SEIZED FROM FIRST INTERNET
BANK ACCOUNT NUMBER 301680767

    Defendant.

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere."

I certify that the above-captioned case:

☒   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*In the Matter of the Seizure of all funds in First Internet Bank account number 301680767. . . .*, Case No. 8:21-MJ-1532SPF (M.D. Fla.);

☐   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Date: July 8, 2021                        Respectfully Submitted,

                                          KARIN HOPPMANN
                                          Acting United States Attorney


                               By:        s/Suzanne C. Nebesky
                                          SUZANNE C. NEBESKY
                                          Assistant United States Attorney
                                          Florida Bar Number 59377
                                          400 N. Tampa Street, Suite 3200
                                          Tampa, Florida 33602
                                          (813) 274-6000 – telephone
                                          E-mail: suzanne.nebesky@usdoj.gov